# CASES

IN THE

# COURT OF APPEALS OF ALABAMA

NOVEMBER TERM 1912-13.

## State *v*. Carter.

*Habeas Corpus.*

(Decided January 16, 1913.  60 South. 941.)

1. *Criminal Law; Appeal by State; Sufficiency; Bill.*—A question of petitioner's right to bail is one of law arising on the evidence, and, as such a question so arising does not "distinctly appear on the record," within the meaning of section 6243, Code 1907, it must be reserved by bill of exceptions to be presented for review on appeal.

2. *Appeal and Error; Reservation; Method.*—The reservation of the question as to whether or not the ruling of the magistrate in allowing bail on the evidence adduced must be presented by bill of exceptions showing that an exception was reserved to the ruling or decision when rendered. The bill of exceptions examined and held not to show such a reservation as presents for review the ruling on the evidence in admitting defendant to bail.

APPEAL from Conecuh Probate Court.

Heard before Hon. F. J. DEAN.

Application of Martin Carter to be allowed bail. From a decree granting bail and fixing the amount, the state appeals. Affirmed.

R. C. BRICKELL, Attorney General, W. L. MARTIN, Assistant Attorney General, and C. B. BRICKEN, Solicitor, for the State. No brief reached the Reporter.

JAMES A. STALLWORTH, for appellee. The transcript shows no exceptions reserved to any action or ruling of

the court below or to the judgment, and hence, there is nothing presented for review.—*Hurd v. City of Troy,* 54 South. 495. The cause should be affirmed.—*State v. Dixon,* 59 South. 313; *State v. Cole,* 59 South. 681; *State v. Lacy,* 158 Ala. 16.

WALKER, P. J.—What is called the bill of exceptions sets out the evidence offered on the hearing of appellee's application for bail, and the ruling of the examining magistrate allowing bail and prescribing the amount thereof, but does not show that any exception was reserved by the prosecution to that or any other ruling made. The question of the petitioner's right to be admitted to bail was one of law arising on the evidence adduced. As a question of law so arising does not "distinctly appear on the record," within the meaning of the statute, it must, to be presented for review on appeal, "be reserved by bill of exceptions."—Code, § 6243. Such reservation is made by excepting to the ruling or decision when rendered.—*Ex parte Knight,* 61 Ala. 482; *Hurd v. City of Troy,* 170 Ala. 113, 54 South. 495; 3 Ency. of Pleading and Practice, 412. A question arising on the evidence being one the reservation of which for the consideration of a revising court is appropriate to be shown by a bill of exceptions, and the bill of exceptions in this case not showing such reservation of the question, it is not presented for review by the mere setting out of the evidence and of the ruling of the court on it. This being true, and the record proper disclosing no error, the order or judgment appealed from must be affirmed.

Affirmed.